**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ULRIKA MARGARETA SVENSON VAUGHN,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 18-9618 AS<br><br>**JUDGMENT** |

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

    DATED: October 16, 2019.

                                       /s/
                            ALKA SAGAR
               UNITED STATES MAGISTRATE JUDGE